# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMAR JOHNSON, | ) | No. CV 08-5274-GHK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M. S. EVANS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  9/27/10

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE